## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Scrementis Italian Grill, Inc.** | ) | **No. 16 B 30546** |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Pamela S. Hollis** |

### SECOND AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request second and final compensation of $1,000.00 and expenses of $21.60

for the time period from August 11, 2017 through March 19, 2018. A detail is provided herein for

the Estate, which identifies by subject matter the services performed by the Applicant. Additional

detail is provided to reflect the function and individual performing said services. Lastly, each

individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit

pursuant to Bankruptcy Rule 2016.

### INTRODUCTION

This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper

pursuant to 28 U.S.C. §§ 1408 and 1409.

SCREENING'S ITALIAN GRILL, INC.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

**GENERAL**

The Debtor filed a petition under Chapter 7 on or about September 26, 2016. A Trustee was subsequently appointed. On February 24, 2017, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's 2017 and short period final 2018 income tax returns.

SCREMIN CAPITAL GROUP, INC.

## FEE APPLICATION

The fees sought by this Second and Final Fee Application reflect an aggregate of 9.8 hours of ADLPC's time spent and recorded in performing services during the Second and Final Compensation Period.   This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC.  In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which second and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

SCREMENTIS ITALIAN GRILL INC.

ADLPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred .6 hour in the preparation of this fee Application.

         Cost            <u>$62.50</u>

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.1 | $ 300.00 | $   30.00 |
| C. Wilson, Staff | 0.5 | 65.00 | 32.50 |
|  | 0.6 |  | $   62.50 |

## TAX PREPARATION

The Applicant incurred 9.2 hours in the preparation of the Estate's 2017 and final short period 2018 workpapers and year-end tax returns.

         Cost            <u>$1,606.00</u>

4

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.4 | $ 300 00 | $ 720.00 |
| D. Konomidis, Tax Supervisor | 0.9 | 270.00 | 243.00 |
| K. Seyller, Senior | 1.1 | 170.00 | 187.00 |
| D. Stefanczuk, Staff | 4.8 | 95.00 | 456.00 |
|  | 9.2 |  | $ 1,606.00 |

The Applicant reflects hourly rates and hours worked by each person by function.  The recap also reflects the cost of each function performed.  In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $290 | - | $300 |
|---|---|---|---|
| Manager/Director | 260 | - | 300 |
| Supervisors | 180 | - | 290 |
| Senior | 140 | - | 180 |
| Assistant | 65 | - | 140 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project | First Interim Application | | Second and Final Application | | Net | |
|---|---|---|---|---|---|---|
| Billing | $ | 125.00 | $ | 62.50 | $ | 187.50 |
| Tax Preparation - Net | | 1,835.30 | | 1,606.00 | | 3,441.30 |
| Voluntary Reduction | | (367.06) | | (668.50) | | (1,035.56) |
| Net Request | $ | 1,593.24 | $ | 1,000.00 | $ | 2,593.24 |

| Recap by Hour | Hours | Amount | | Blended Rate | |
|---|---|---|---|---|---|
| Billing | 1.8 | $ | 187.50 | $ | 104.17 |
| Tax Preparation - Net | 21.6 | | 2,405.74 | $ | 111.38 |
| | 23.4 | $ | 2,593.24 | $ | 110.82 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

SCREEN MEDIA ALLIANCE, INC.

|  | First Interim Application | Second and Final Application | Total |
|---|---|---|---|
| Copy Costs | $    9 00 | $    15.40 | $    24 40 |
| Overnight Mail | 33.32 | - | 33.32 |
| Postage | - | 6.20 | 6.20 |
|  | $    42.32 | $    21.60 | $    63.92 |

The Applicant's First Interim compensation has not yet been ruled upon as follows:

|  | Compensation | Expenses |
|---|---|---|
| 02/24/17-08/10/17 | $    1,593.24 | $    42.32 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.   Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

(E)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Second and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.  ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  As shown by this Second and Final Fee Application and

8

supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the Second and Final compensation sought herein for the Compensation Period is warranted.


**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested second and final compensation of $1,000.00 and expenses of $21.60 should be allowed for services by your Applicant for the period August 11, 2017 through March 19, 2018.


_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Scrementis Italian Grill, Inc. | ) | No. 16 B 30546 |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Pamela S. Hollis |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
                 )          SS.
COUNTY OF COOK  )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.  I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko.  Lasko is the Court-approved accountants for Zane L. Zielinski, Chapter 7 Trustee in this case ("Trustee").

2.  I have read the Second and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.  Lasko has not previously received payments for services rendered in connection with this case from the Trustee.  Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.  The Applicant's First Interim compensation has not yet been ruled upon as follows:

| | Compensation | | Expenses | |
|---|---|---|---|---|
| 02/24/17-08/10/17 | $ | 1,593.24 | $ | 42 32 |

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _19th_ day of March, 2018.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-30546 |
| | ) | |
| SCREMENTIS ITALIAN GRILL, INC.,, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Pamela S Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

### ORDER AUTHORIZING THE EMPLOYMENT OF TRUSTEE'S ACCOUNTANT

This matter coming to be heard on the motion (the "Motion") of Zane L. Zielinski (the "Trustee"), not individually but as the chapter 7 trustee for SCREMENTIS ITALIAN GRILL, INC., seeking an order authorizing the employment of Alan D. Lasko and the firm of Alan D. Lasko & Associates, P.C. (collectively "Lasko") as his accountant; three days' notice of this Motion having been served; the Court being fully advised in the Premises:

IT IS HEREBY ORDERED THAT:

1. The Trustee is Authorized to Employ the Lasko; and

2. Compensation of Lasko will be subject to further order of this court.


Enter: _____

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  February 24, 2017

**Prepared by:**

Zane L. Zielinski (6278776)
THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.   815-846-8516
e.  trustee@zanezielinski.com

**EXHIBIT B**

**PERSONNEL**

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 32 years.  He brings his 42 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases.  Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements.  Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 17 years of experience performing tax preparation and tax planning in public accounting.  She has worked for a large and small public accounting firm and tax planning firm over this period.  She has worked with commercial and individual accounts of various sizes.  She has an Undergraduate Degree in Accounting from the University of Illinois.  She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

SCREMIN'S ITALIAN GRILL, INC.

Karen Seyller, JD – Senior

Ms. Seyller has worked on various insolvency and litigation matters for 4 years.  She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work.  Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons.  Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last 5 years.  Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company.  Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University.  She has completed her work at John Marshall Law School.

Dominika Stefanczuk – Staff

Ms. Stefanczuk is a staff accountant performing accounting and tax services.  Ms. Stefanczuk has recently completed her Bachelor's Degree in Accounting and her Master's Degree in Accounting from Saint Xavier University.

**EXHIBIT C**

**STAFF LEVELS**

SCREMIN CAPITAL GROUP, INC.

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level.  Supervisors have administrative and overview responsibility on a broader level than senior accountants.  Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level.  Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court.  In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks.  In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

3/19/2018
1 26 PM

Pre-bill Worksheet

Page      1

---

Selection Criteria

Clie Selection              Include  Scrementis Ital 002, Scrementis Ital 012

---

Nickname        Scrementis Ital 002 | 5148
Full Name       Scrementis Italian Grill, Inc
Address         c/o Zane L  Zielinski, Trustee
                6336 N  Cicero Avenue
                Suite 201
                Chicago, IL 60646
Phone                                   Fax
Home                                    Other
In Ref To
                tax preparation
Fees Arrg       By billing value on each slip
Expense Arrg    By billing value on each slip
Tax Profile     Exempt
Last bill       8/10/2017
Last charge     3/18/2018
Last payment                    Amount      $0 00

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/27/2017 157693 | A  Lasko 800 | 300 00 | 0 20 | 60.00 | Billable |
| | initial planning work for possible final return preparation | | | | |
| 1/26/2018 160203 | A  Lasko 800 | 300 00 | 0 10 | 30 00 | Billable |
| | recap status of work for trustee | | | | |
| 2/13/2018 160720 | D  Stefanczuk 800 | 95 00 | 1 40 | 133 00 | Billable |
| | preparation of work papers and tax returns for 2017. | | | | |
| 2/20/2018 160931 | K  Seyller 800 | 170 00 | 0 80 | 136 00 | Billable |
| | Reviewed 2017 work papers and tax return | | | | |
| 2/20/2018 160935 | A  Lasko 800 | 300 00 | 0 20 | 60 00 | Billable |
| | prepared changes to illinois loss carryforward and shareholder tax basis schedules | | | | |
| 2/20/2018 160936 | A  Lasko 800 | 300 00 | 0 40 | 120 00 | Billable |
| | tax review of work papers and tax returns - 2017 | | | | |

Pre-bill Worksheet

Scrementis Ital 002 Scrementis Italian Grill, Inc  (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/20/2018<br>160940 | A  Lasko<br>800 | 300 00 | 0 30 | 90 00 | Billable |
| | sign off of federal and state tax returns and efile authorization letter - 2017 | | | | |
| 3/12/2018<br>161757 | D  Konomidis<br>800 | 270 00 | 0 90 | 243 00 | Billable |
| | reviewed final short year ending March 31, 2018 return and work papers | | | | |
| 3/12/2018<br>161769 | D  Stefanczuk<br>800 | 95 00 | 2 20 | 209 00 | Billable |
| | Prepared 2018 short year final tax return and work paper file | | | | |
| 3/12/2018<br>161785 | A  Lasko<br>800 | 300 00 | 0 80 | 240 00 | Billable |
| | tax review of work papers and  final return | | | | |
| 3/12/2018<br>161790 | A  Lasko<br>800 | 300 00 | 0 30 | 90 00 | Billable |
| | tax review final t/r partial n/c | | | | |
| 3/13/2018<br>161842 | A  Lasko<br>800 | 300 00 | 0 10 | 30 00 | Billable |
| | sign off final | | | | |
| 3/18/2018<br>162027 | D  Stefanczuk<br>800 | 95 00 | 1 20 | 114 00 | Billable |
| | Estimated time to prepare estate's final informaiton tax returns and cover<br>letter to trustee | | | | |
| 3/18/2018<br>162028 | K  Seyller<br>800 | 170 00 | 0 30 | 51 00 | Billable |
| | Estimated time to review estate's final information tax return and cover<br>letter to trustee | | | | |

| TOTAL | Billable Fees | | 9 20 | | $1,606 00 |
|---|---|---|---|---|---|

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/20/2018<br>160959 | C  Wilson<br>115 | 6 40 | 1 000 | 6 40 | Billable |
| | Photocopy costs for 2017 Forms 1120S income tax returns - 64 pages @<br>$ 10 per page | | | | |
| 2/20/2018<br>160960 | C  Wilson<br>105 | 2 68 | 1 000 | 2 68 | Billable |
| | Postage for 2017 Forms 1120S income tax returns sent to Zane Zielinski | | | | |

3/19/2018
1 26 PM                              Pre-bill Worksheet                          Page      3

Scrementis Ital 002 Scrementis Italian Grill, Inc  (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---------|-------------------|----------------|----------|--------|-------|
| 3/13/2018 161886 | C  Wilson 115 | 9 00 | 1 000 | 9 00 | Billable |
| | Photocopy costs for 2018 Forms 1120S income tax returns - 90 pages @ $ 10 per page | | | | |
| 3/13/2018 161887 | C  Wilson 105 | 3 52 | 1 000 | 3 52 | Billable |
| | Postage for 2018 Forms 1120S income tax returns sent to Zane Zielinski | | | | |

| TOTAL | Billable Costs | | | | $21 60 |

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|--------|-------|
| **Fees Bill Arrangement  Slips** By billing value on each slip | | |
| Total of billable time slips | $1,606 00 | |
| Total of Fees (Time Charges) | | $1,606 00 |
| **Costs Bill Arrangement  Slips** By billing value on each slip | | |
| Total of billable expense slips | $21 60 | |
| Total of Costs (Expense Charges) | | $21 60 |
| Total new charges | | $1,627 60 |
| **Previous Balance** 120 Days | $1,877 62 | |
| Total Previous Balance | | $1,877 62 |

**Accounts Receivables**

| Date|ID | Type | Description | Amount | Total |
|---------|------|-------------|--------|-------|
| 8/10/2017 19947 | CRED | Credit | ($367 06) | |
| Total Accounts Receivable | | | | ($367 06) |

| New Balance | | |
|---|--------|---|
| 120 Days | $1,510 56 | |
| Current | $1,627 60 | |

Pre-bill Worksheet

Scrementis Ital 002 Scrementis Italian Grill, Inc  (continued)

| | Amount | Total |
|---|---|---|
| Total New Balance | | $3,138 16 |

Total Overdue   $1,510 56

**EXHIBIT D-2**

**BILLING TIME**

3/19/2018
1 26 PM

Pre-bill Worksheet

Page    5

| | | | | |
|---|---|---|---|---|
| Nickname | Scrementis Ital 012 | 5149 | | | |
| Full Name | Scrementis Italian Grill, Inc | | | |
| Address | c/o Zane L Zielinski, Trustee | | | |
| | 6336 N  Cicero Avenue | | | |
| | Suite 201 | | | |
| | Chicago, IL 60646 | | | |

| | | | |
|---|---|---|---|
| Phone | | Fax | |
| Home | | Other | |
| In Ref To | | | |
| | fee petition | | |
| Fees Arrg | By billing value on each slip | | |
| Expense Arrg | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 8/10/2017 | | |
| Last charge | 3/19/2018 | | |
| Last payment | | Amount    $0 00 | |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 3/19/2018 | C  Wilson | 65 00 | 0 50 | 32 50 | Billable |
| 162070 | 800 | | | | |
| | Prepared fee petition | | | | |
| 3/19/2018 | A  Lasko | 300 00 | 0 10 | 30 00 | Billable |
| 162085 | 800 | | | | |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 0 60 | | $62 50 |

Total of billable expense slips                                                              $0 00

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable time slips | $62 50 | |
| Total of Fees (Time Charges) | | $62 50 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $62 50 |
| Previous Balance | | |
| 120 Days | $125 00 | |

3/19/2018
1 26 PM                                   Pre-bill Worksheet                        Page        6

Scrementis Ital 012 Scrementis Italian Grill, Inc  (continued)

|                       | Amount    | Total     |
|-----------------------|-----------|-----------|
| Total Previous Balance |           | $125 00   |
|                       |           |           |
| New Balance           |           |           |
| 120 Days              | $125 00   |           |
| Current               | $62 50    |           |
|                       |           |           |
| Total New Balance     |           | $187 50   |

Total Overdue   $125 00