# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Scrementis Italian Grill, Inc., | Bankruptcy No. 16-30546 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #21)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on May 18, 2018.

Dated: May 18, 2018

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of Scrementis Italian Grill, Inc**,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case** 16-30546

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **George Michael Vogl**    notice@billbusters.com, lwnotice@gmail.com;billbusters@ecf.inforuptcy.com;billbusters@iamthewolf.com

**Manual Service List**

| | |
|---|---|
| Srementis Italian Grill, Inc.<br>152 BLACKHAWK DRIVE<br>PARK FOREST, IL  60466 | Gordon Food Service, Inc.<br>Po Box 2244<br>Grand Rapids, Mi 49501 |
| Get Fresh Produce<br>1441 Brewster Creek Boulevard<br>Bartlett, Il 60103 | |
| | |
| | |
| | |
| | |