# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Scrementis Italian Grill, Inc. | § | Case No. 16-30546 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                  Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,608.12              Claims Discharged
                                                         Without Payment: 12,241.53

Total Expenses of Administration: 4,891.88

---

3) Total gross receipts of $ 12,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,891.88 | 4,891.88 | 4,891.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 19,849.65 | 19,849.65 | 7,608.12 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 24,741.53 | $ 24,741.53 | $ 12,500.00 |

4) This case was originally filed under chapter 7 on 09/26/2016 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2018                By:/s/Zane L. Zielinski, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Kitchen equipment | 1129-000 | 5,000.00 |
| Light fixtures, bar, booths, ceiling fans | 1129-000 | 2,500.00 |
| Restaurant Furniture | 1129-000 | 2,500.00 |
| Lease Rejection Payment | 1222-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 50.30 | 50.30 | 50.30 |
| International Sureties, LTD. | 2300-000 | NA | 11.29 | 11.29 | 11.29 |
| Associated Bank | 2600-000 | NA | 173.13 | 173.13 | 173.13 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 2,593.24 | 2,593.24 | 2,593.24 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 63.92 | 63.92 | 63.92 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,891.88 | $ 4,891.88 | $ 4,891.88 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Get Fresh Produce | 7100-000 | NA | 4,414.01 | 4,414.01 | 1,691.83 |
| 1 | Gordon Food Service, Inc. | 7100-000 | NA | 15,435.64 | 15,435.64 | 5,916.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 19,849.65 | $ 19,849.65 | $ 7,608.12 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-30546 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Scrementis Italian Grill, Inc. | | | | Date Filed (f) or Converted (c): | 09/26/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/19/2016 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 02/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Kitchen equipment | 50,000.00 | 50,000.00 | | 5,000.00 | FA |
| 2. Restaurant Furniture | 10,000.00 | 10,000.00 | | 2,500.00 | FA |
| 3. Light fixtures, bar, booths, ceiling fans | 20,000.00 | 20,000.00 | | 2,500.00 | FA |
| 4. Lease Rejection Payment (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $80,000.00 | $82,500.00 | | $12,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order entered 11/9/16 approving sale of equipment. Accountant employed; order entered 2/24/17; The Trustee is preparing the final report.

Initial Projected Date of Final Report (TFR): 06/30/2017     Current Projected Date of Final Report (TFR): 06/30/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-30546 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Screamentis Italian Grill, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1510 |
| | Checking |
| Taxpayer ID No: XX-XXX6648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/16 | 4 | Riveroaks Properties LLC<br>PO Box 1132<br>Calumet City, IL 60409 | down payment for equipment | 1222-000 | $2,500.00 | | $2,500.00 |
| 11/29/16 | | Riveroaks Properties LLC | Equipment Payment | | $10,000.00 | | $12,500.00 |
| | | | Gross Receipts  $10,000.00 | | | | |
| | 1 | | Kitchen equipment  $5,000.00 | 1129-000 | | | |
| | 2 | | Restaurant Furniture  $2,500.00 | 1129-000 | | | |
| | 3 | | Light fixtures, bar, booths, ceiling fans  $2,500.00 | 1129-000 | | | |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,490.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.57 | $12,471.43 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.54 | $12,452.89 |
| 02/28/17 | 5001 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | 2017 Bond Payment | 2300-000 | | $5.65 | $12,447.24 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.72 | $12,430.52 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.48 | $12,412.04 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.86 | $12,394.18 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.42 | $12,375.76 |

Page Subtotals:  $12,500.00  $124.24

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 16-30546 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Scrementis Italian Grill, Inc. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1510 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.81 | $12,357.95 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.38 | $12,339.57 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.35 | $12,321.22 |
| 03/08/18 | 5002 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | Yearly Bond | 2300-000 | | $5.64 | $12,315.58 |
| 06/15/18 | 5003 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $2,050.30 | $10,265.28 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($2,000.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($50.30) | 2200-000 | | | |
| 06/15/18 | 5004 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Distribution | | | $2,657.16 | $7,608.12 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.    ($1,000.00) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.    ($1,593.24) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.    ($42.32) | 3420-000 | | | |

| | | Page Subtotals: | | | $0.00 | $4,767.64 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-30546  
Case Name: Screments Italian Grill, Inc.  
Taxpayer ID No: XX-XXX6648  
For Period Ending: 08/01/2018  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1510  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($21.60) | 3420-000 | | | |
| 06/15/18 | 5005 | Gordon Food Service, Inc.<br>Po Box 2244<br>Grand Rapids, Mi 49501 | Final distribution to claim 1 representing a payment of 38.33 % per court order. | | 7100-000 | | $5,916.29 | $1,691.83 |
| 06/15/18 | 5006 | Get Fresh Produce<br>1441 Brewster Creek Boulevard<br>Bartlett, Il 60103 | Final distribution to claim 2 representing a payment of 38.33 % per court order. | | 7100-000 | | $1,691.83 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $12,500.00 | $12,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,500.00 | $12,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,500.00 | $12,500.00 |

Page Subtotals: $0.00   $7,608.12

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1510 - Checking | $12,500.00 | $12,500.00 | $0.00 |
|  | $12,500.00 | $12,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,500.00 |
| Total Gross Receipts: | $12,500.00 |

Page Subtotals:         $0.00         $0.00